# EXHIBIT A



1455 Pennsylvania Ave., NW
Suite 400
Washington, D.C. 20004
Tel. 202-280-6370
Fax. 877-448-4885

June 11, 2018

**SENT VIA EMAIL AND FEDERAL EXPRESS: #8126 0278 0435**

ATTN: Nikole Thomas
Assistant Director
Counterterrorism, Human Rights, and Corruption Division
Office of Global Targeting
Office of Foreign Assets Control
United States Department of the Treasury
1500 Pennsylvania Avenue, N.W.
Freedman's Bank Building
Washington, D.C. 20220

Re:   **Request for Non-Privileged and Unclassified Summary of Otherwise Privileged Information Contained in the Administrative Record**[1]
       *Kassem Hejeij—SDGT-12284*

Dear Ms. Thomas:

On April 19, 2018, the United States Department of the Treasury's Office of Foreign Assets Control ("OFAC") provided Kassem Hejeij ("Petitioner") with a copy of the unclassified version of the administrative record underlying his designation pursuant to Executive Order ("E.O.") 13224. OFAC's provision of the unclassified version of the administrative record was in response to Petitioner's request for disclosure of the administrative record. Petitioner had requested such disclosure so as to obtain adequate notice as to the basis for his designation and to ensure that he had a meaningful opportunity to respond to OFAC's allegations.

The administrative record disclosed by OFAC fails to accord Petitioner sufficient notice as to the basis of his designation. Specifically, this version of the administrative record is almost completely redacted, with the exception of identifying information. Most notably, the redactions include the entire portion of the record titled "Basis for Designation." As a result, OFAC's

---

[1] Because this response contains business information and/or other information of a sensitive nature, undersigned counsel respectfully requests that OFAC treat this correspondence confidentially. If OFAC believes that it is required to release this document or any of the information contained herein to the public in accordance with the Freedom of Information Act ("FOIA") or any other federal law, please notify undersigned counsel as soon as possible. Undersigned counsel intends to provide additional information in support of this request for confidentiality.

disclosure of the administrative record provides no additional notice as to the reasons supporting Petitioner's designation, and is thus largely non-responsive to Petitioner's request for disclosure as to the factual basis of his designation.

Petitioner intends to address OFAC's allegations concerning his business ties and dealings. To do so, however, Petitioner requires adequate notice as to the basis of his designation so that he can either rebut the factual findings underlying that basis or change the circumstances supporting it. Such notice can be provided either through disclosure of the redacted portions of the administrative record or by disclosure of a non-privileged and unclassified summary of the classified and/or privileged information contained in the administrative record. In undersigned counsel's experience, OFAC has routinely provided designated parties with such summaries in those cases where it is unable to disclose the full administrative record.

For this reason, Petitioner respectfully requests that OFAC provide a non-privileged and unclassified summary of otherwise privileged information contained within the administrative record. Any such summary should provide Petitioner with the following factual information described in the redacted portions of the administrative record:

1) The identity of the "Hizballah organizational elements" Petitioner allegedly maintains "direct ties" to;

2) A description of the manner by which Petitioner allegedly maintains direct ties to Hizballah organizational elements;

3) The approximate date(s) upon which Petitioner established such purported direct ties to Hizballah organizational elements;

4) The name(s) of the bank(s) in Lebanon at which Petitioner has allegedly opened bank accounts on behalf of Hizballah;

5) The approximate date(s) upon which Petitioner allegedly opened bank accounts on behalf of Hizballah;

6) The identity of the Hizballah procurement companies for which Petitioner allegedly provided credit;

7) The approximate date(s) upon which Petitioner allegedly provided credit for Hizballah procurement companies;

8) A description of the manner by which Petitioner allegedly provided credit for Hizballah procurement companies (e.g., through private loans, commercial or personal loans through a financial institution, etc.);

9) The identity of the particular infrastructure in Lebanon or Iraq used by Hizballah in which Petitioner allegedly invested in;

10) The approximate date(s) upon which Petitioner invested in infrastructure used by Hizballah;

11) The approximate date(s) upon which Hizballah began using the infrastructure that Petitioner purportedly invested in;

12) A description of the manner of Petitioner's alleged investment in infrastructure used by Hizballah (e.g., direct cash investment, extensions of banking products, purchase of equity, dealings in debt, etc.);

13) The identity of the oil ventures in Iraq in which Petitioner allegedly worked on with Ali Youseff Charara;

14) A description of the manner by which Petitioner allegedly worked on oil ventures in Iraq with Ali Youseff Charara;

15) The approximate date(s) upon which Petitioner allegedly began working on oil ventures in Iraq with Ali Youseff Charara; and

16) The identification of whether Petitioner is believed to have carried out any of the alleged activities supporting his designations in his personal capacity or in his prior capacity as the Chairman of the Middle East Africa Bank.

Due to the ongoing and substantial harms visited on Petitioner as a result of his continued designation, Petitioner requests that OFAC furnish a copy of a non-privileged and unclassified summary within thirty (30) days from the date of this letter. Absent disclosure of an unclassified summary or OFAC's identification as to when Petitioner can expect additional disclosures of the administrative record, Petitioner intends to pursue any legal remedies available to him in the U.S. District Court.

It is not Petitioner's intent to burden the agency with litigation, however, Petitioner can only successfully seek reconsideration of his designation if he has access to the factual and legal basis for that designation. The disclosure requested through this letter would provide such

information and afford Petitioner a meaningful opportunity to seek reconsideration of his designation.

    Please forward all correspondence related to this matter to:

Erich C. Ferrari
Ferrari & Associates, P.C.
1455 Pennsylvania Ave., NW
Suite 400
Washington, D.C. 20004

    Thank you for your consideration, and we look forward to this response.

Sincerely,

*[signature]*

Erich C. Ferrari

# EXHIBIT B

JEWELLERY COMPANY LIMITED, Mandalay, Burma; c/o HONG PANG GENERAL TRADING COMPANY, LIMITED, Kyaington, Burma; c/o HONG PANG LIVESTOCK DEVELOPMENT COMPANY LIMITED, Burma; c/o HONG PANG MINING COMPANY LIMITED, Yangon, Burma; c/o HONG PANG TEXTILE COMPANY LIMITED, Yangon, Burma; c/o TET KHAM (S) PTE. LTD., Singapore; c/o TET KHAM CONSTRUCTION COMPANY LIMITED, Mandalay, Burma; c/o TET KHAM GEMS CO., LTD., Yangon, Burma; No. 7 Oo Yim Road Kamayut TSP, Rangoon, Burma; 7, Corner of Inya Road and Oo Yin street, Kamayut Township, Rangoon, Burma; The Anchorage, Alexandra Road, Apt. 370G, Cowry Building (Lobby 2, Singapore; 89 15th Street, Lanmadaw Township, Rangoon, Burma; 11 Ngu Shwe Wah Road, Between 64th and 65th Streets, Chan Mya Thar Zan Township, Mandalay, Burma; DOB 18 Jul 1965; Passport A043850 (Burma); National ID No. 029430 (Burma); alt. National ID No. 176089 (Burma); alt. National ID No. 272851 (Singapore); alt. National ID No. 000016 (Burma) (individual) [SDNTK].

HEJAZI, Asghar (a.k.a. HEJAZI, Asghar Sadegh; a.k.a. MIR-HEJAZI RUHANI, Ali Asqar; a.k.a. MIRHEJAZI, Ali; a.k.a. MIR-HEJAZI, Ali Asqar; a.k.a. MIR-HEJAZI, Asghar); DOB 08 Sep 1946; POB Esfahan, Iran; citizen Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Security Deputy of Supreme Leader; Member of the Leader's Planning Chamber; Head of Security of Supreme Leader's Office; Deputy Chief of Staff of the Supreme Leader's Office (individual) [IRAN-HR].

HEJAZI, Asghar Sadegh (a.k.a. HEJAZI, Asghar; a.k.a. MIR-HEJAZI RUHANI, Ali Asqar; a.k.a. MIRHEJAZI, Ali; a.k.a. MIR-HEJAZI, Ali Asqar; a.k.a. MIR-HEJAZI, Asghar); DOB 08 Sep 1946; POB Esfahan, Iran; citizen Iran; Additional Sanctions Information - Subject to Secondary Sanctions; Security Deputy of Supreme Leader; Member of the Leader's Planning Chamber; Head of Security of Supreme Leader's Office; Deputy Chief of Staff of the Supreme Leader's Office (individual) [IRAN-HR].

HEJAZI, Mohammad; DOB circa 1959; nationality Iran; citizen Iran; Additional Sanctions Information - Subject to Secondary Sanctions (individual) [SDGT] [NPWMD] [IRGC] [IFSR].

HEJEIJ, Kassem (a.k.a. HAJIJ, Qasim; a.k.a. HUJAYJ, Qasim Muhammad); DOB 05 Mar 1953; POB Lagos, Nigeria; nationality Lebanon; Gender Male; Passport RL0000432 (Lebanon) issued 31 Jan 2013 expires 31 Jan 2018 (individual) [SDGT] (Linked To: HIZBALLAH).

HEKHMARTYAR, Gulbuddin (a.k.a. HEKMATIAR, Gulbuddin; a.k.a. HEKMATYAR, Gulabudin; a.k.a. HEKMATYAR, Gulbuddin; a.k.a. HEKMETYAR, Gulbudin; a.k.a. HIKMETYAR, Golboddin; a.k.a. KHEKMATIYAR, Gulbuddin), Iran; DOB 01 Aug 1949; POB Konduz Province, Afghanistan (individual) [SDGT].

HEKMATIAR, Gulbuddin (a.k.a. HEKHMARTYAR, Gulbuddin; a.k.a. HEKMATYAR, Gulabudin; a.k.a. HEKMATYAR, Gulbuddin; a.k.a. HEKMETYAR, Gulbudin; a.k.a. HIKMETYAR, Golboddin; a.k.a. KHEKMATIYAR, Gulbuddin), Iran; DOB 01 Aug 1949; POB Konduz Province, Afghanistan (individual) [SDGT].

HEKMATYAR, Gulabudin (a.k.a. HEKHMARTYAR, Gulbuddin; a.k.a. HEKMATIAR, Gulbuddin; a.k.a. HEKMATYAR, Gulbuddin; a.k.a. HEKMETYAR, Gulbudin; a.k.a. HIKMETYAR, Golboddin; a.k.a. KHEKMATIYAR, Gulbuddin), Iran; DOB 01 Aug 1949; POB Konduz Province, Afghanistan (individual) [SDGT].

HEKMATYAR, Gulbuddin (a.k.a. HEKHMARTYAR, Gulbuddin; a.k.a. HEKMATIAR, Gulbuddin; a.k.a. HEKMATYAR, Gulabudin; a.k.a. HEKMETYAR, Gulbudin; a.k.a. HIKMETYAR, Golboddin; a.k.a. KHEKMATIYAR, Gulbuddin), Iran; DOB 01 Aug 1949; POB Konduz Province, Afghanistan (individual) [SDGT].

HEKMETYAR, Gulbudin (a.k.a. HEKHMARTYAR, Gulbuddin; a.k.a. HEKMATIAR, Gulbuddin; a.k.a. HEKMATYAR, Gulabudin; a.k.a. HEKMATYAR, Gulbuddin; a.k.a. HIKMETYAR, Golboddin; a.k.a. KHEKMATIYAR, Gulbuddin), Iran; DOB 01 Aug 1949; POB Konduz Province, Afghanistan (individual) [SDGT].

HELAL, Mounir Ben Dhaou Ben Brahim Ben (a.k.a. HELEL, Mounir; a.k.a. HILEL, Mounir; a.k.a. "AL-TUNISI, Abu Maryam"; a.k.a. "IBRAHIM, Munir Bin Du Bin"; a.k.a. "RAHMAH, Abu"); DOB 10 May 1983; POB Ben Guerdane, Tunisia; Gender Male (individual) [SDGT].

HELEL, Mounir (a.k.a. HELAL, Mounir Ben Dhaou Ben Brahim Ben; a.k.a. HILEL, Mounir; a.k.a. "AL-TUNISI, Abu Maryam"; a.k.a. "IBRAHIM, Munir Bin Du Bin"; a.k.a. "RAHMAH, Abu"); DOB 10 May 1983; POB Ben Guerdane, Tunisia; Gender Male (individual) [SDGT].

HELFORD DIRECTORS LIMITED, Haven Court, 5 Library Ramp, Gibraltar, United Kingdom [IRAQ2].

HEMED, Ahmed (a.k.a. ABDUREHMAN, Ahmed Mohammed; a.k.a. AHMED, Ahmed; a.k.a. ALI, Ahmed Mohammed; a.k.a. ALI, Ahmed Mohammed Hamed; a.k.a. ALI, Hamed; a.k.a. AL-MASRI, Ahmad; a.k.a. AL-SURIR, Abu Islam; a.k.a. SHIEB, Ahmed; a.k.a. "ABU FATIMA"; a.k.a. "ABU ISLAM"; a.k.a. "ABU KHADIIJAH"; a.k.a. "AHMED HAMED"; a.k.a. "AHMED THE EGYPTIAN"; a.k.a. "SHUAIB"), Afghanistan; DOB 1965; POB Egypt; citizen Egypt (individual) [SDGT].

HEMMATI, Alireza; DOB Dec 1955; Additional Sanctions Information - Subject to Secondary Sanctions (individual) [SDGT] [IRGC] [IFSR].

HENAO HINESTROZA, Maria Nohelio, c/o INVHERESA S.A., Cali, Colombia; DOB 20 Mar 1954; Cedula No. 26271587 (Colombia) (individual) [SDNT].

HENAO JARAMILLO, Mario Alberto, Colombia; DOB 04 Sep 1966; Cedula No. 98519014 (Colombia) (individual) [SDNT].

HENAO MONTOYA, Arcangel de Jesus, Hacienda Coque, Cartago, Colombia; Carrera 4 No. 16-04 apt. 303, Cartago, Colombia; c/o AGRICOLA GANADERA HENAO GONZALEZ Y CIA. S.C.S., Cartago, Colombia; c/o COMPANIA AGROINVERSORA HENAGRO LTDA., Cartago, Colombia; c/o DESARROLLOS COMERCIALES E INDUSTRIALES HENAO GONZALEZ Y CIA. S.C.S., Cartago, Colombia; c/o MAQUINARIA TECNICA Y TIERRAS LTDA., Cartago, Colombia; c/o ORGANIZACION EMPRESARIAL A DE J HENAO M E HIJOS Y CIA. S.C.S., Cartago, Colombia; c/o AGROPECUARIA MIRALINDO S.A., Cartago, Colombia; c/o ARIZONA S.A., Cartago, Colombia; Carrera 8N No. 17A-12, Cartago, Colombia; Carrera 42 No. 5B-81, Cali, Colombia; DOB 07 Oct 1954; POB Cartago, Valle, Colombia; Cedula No. 16215230 (Colombia); Passport 16215230 (Colombia); NIT # 16215230-1 (Colombia) (individual) [SDNT].

HENAO MONTOYA, Lorena, Calle 52 No. 28E-30, Cali, Colombia; Calle 8 No. 39-79 of. 201, Cali, Colombia; c/o AGROINVERSORA URDINOLA HENAO Y CIA. S.C.S., Cali, Colombia; c/o CONSTRUCTORA UNIVERSAL LTDA., Cali, Colombia; c/o EXPLOTACIONES AGRICOLAS Y GANADERAS LA LORENA S.C.S., Cali, Colombia; c/o INDUSTRIAS