UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| KASSEM HEJEIJ | ) |
| *Plaintiff*, | ) ) ) |
| v. | ) CIV. No. 18-1913 (JEB) |
| STEVEN T. MNUCHIN, *et al.* | ) ) ) |
| *Defendants*. | ) ) ) |

## NOTICE OF VOLUNTARY DISMISSAL

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiff Kassem Hejeij hereby gives notice of his voluntary dismissal without prejudice of this action.

On April 5, 2018, Plaintiff filed a complaint in this matter requesting this Court (1) to declare that Defendants had violated Plaintiff's due process and statutory rights to adequate post-designation notice; and (2) to order Defendants to release the administrative record underlying Plaintiff's designation. Plaintiff sought such relief in order to understand the factual basis for his designation by Defendants so that he could have a meaningful opportunity to respond to that designation.

On October 17, 2018, Defendants provided Plaintiff with a non-privileged and unclassified summary of information regarding the basis for Plaintiff's designation. Because the information provided by Plaintiff is *prima facie* responsive to Plaintiff's complaint, Plaintiff voluntarily dismisses this action without prejudice at this time.

Dated: October 22, 2018

2

        Respectfully submitted,

        /s/ Erich C. Ferrari
        Erich C. Ferrari, Esq.
        Ferrari & Associates, P.C.
        1455 Pennsylvania Avenue, NW
        Suite 400
        Washington, D.C. 20004
        Telephone: (202) 280-6370
        Fax: (877) 448-4885
        Email: ferrari@falawpc.com
        D.C. Bar No. 978253